BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:12-cr-0213 AWI DLB |
| Plaintiff, | MOTION TO UNSEAL INDICTMENT AND ARREST WARRANTS; ORDER |
| v. | |
| ELISEO JARA, JR., SERGIO JARA, ANTONIO PEREZ-MARCIAL, LUCIA YOLANDA CHAVEZ, ARLENE JEANETTE MOJARDIN, CANDACE SHANTEL GONZALES, JOSEPH SHAWN CHAVEZ, JR., MELISSA ROCHELLE JARA, and RICARDO FABIAN SALINAS, | |
| Defendants. | |

The United States hereby moves this Court for an order unsealing the indictment and arrest warrants in this case, which were previously sealed on July 12, 2012 pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

DATED: July 17, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
HENRY Z. CARBAJAL
Assistant U.S. Attorneys

IT IS SO ORDERED this 17th day of July, 2012.

                                      /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE