# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

JUL 2 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| United States of America vs. Melissa Rochelle Jara | Case No. 1:12CR00213 (008) AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Melissa Rochelle Jara___, have discussed with ___Montgomery L. Olson___, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the condition: " You shall not be employed in any capacity related to the real estate industry," and replace with the following condition: "You shall not apply for, or obtain, any real estate loan, or purchase or sell any real estate; and, you shall not engage in any activities related to mortgage brokering or lending, or real estate brokering, without the advance approval of the Pretrial Services Officer."

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7-20-12          _____  7-20-12
Signature of Defendant   Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    7/23/12
Signature of Assistant United States Attorney      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    7-20-12
Signature of Defense Counsel               Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on ___7/23/12___.
[ ] The above modification of conditions of release is *not* ordered.

_____                    7/23/12
Signature of Judicial Officer              Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services