**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar No. 135059)
1318 "K" Street
Bakersfield, California
Tel.: (661) 326-0857
Fax.: (661)326-0936
email: lawtorres@aol.com

Attorney for:
Candace Shantel Gonzlaes

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF CALIFORNIA,<br><br>　　　　　　　　　　PLAINTIFF,<br>　　vs.<br><br>CANDACE SHANTEL GONZALES,<br><br>　　　　　　　　　　DEFENDANT | №. 12-CR-00213 AWI<br><br>**ORDER FOR<br>APPROVAL OF SUBSTITUTION<br>OF ATTORNEY AND ORDER<br>TERMINATING CJA APPOINTMENT** |

I, Candace Shantel Gonzles, hereby substitutes DAVID A. TORRES, 1318 "K" Street, Bakersfield, California 93301, Telephone (661) 326-0857 as my attorney of record. Mr. Torres was previously appointed CJA counsel through the Initial Appearance only.

Date:　July 27, 2012　　　　　　　/s/Candace Shantel Gonzales
　　　　　　　　　　　　　　　　　CANDACE SHANTEL GONZALES
　　　　　　　　　　　　　　　　　Defendant


Date:　July 27, 2012　　　　　　　/s/David A. Torres
　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　RETAINED

## ORDER

**IT IS SO ORDERED** that David A. Torres is hereby substituted in as attorney of record and that the previous CJA appointment for Initial Appearance be terminated.

IT IS SO ORDERED.

Dated: July 27, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE