```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:12-cr-0213 AWI DLB |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| | ) [PROPOSED] ORDER MODIFYING |
| v. | ) CONDITIONS OF PRE-TRIAL |
| | ) RELEASE AS TO DEFENDANT |
| ELISEO JARA, JR., | ) SERGIO JARA |
| SERGIO JARA, | ) |
| ANTONIO PEREZ-MARCIAL, | ) |
| LUCIA YOLANDA CHAVEZ, | ) |
| ARLENE JEANETTE MOJARDIN, | ) |
| CANDACE SHANTEL GONZALES, | ) |
| JOSEPH SHAWN CHAVEZ, JR., | ) |
| MELISSA ROCHELLE JARA, and | ) |
| RICARDO FABIAN SALINAS, | ) |
| Defendants. | ) |

Defendant SERGIO JARA, by and through his counsel of record Carl M. Faller, and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate to, and request that the Court order, the modification of the conditions of pre-trial release as to defendant Sergio Jara as follows:

1. Defendant Sergio Jara is released on a $100,000 secured property bond, secured by the real property located at 8105 Rockhampton Dr., Bakersfield, CA 93313, which is owned by defendant

1  Sergio Jara and co-defendant Melissa Jara.  A $100,000 property bond
2  utilizing the equity in this property shall be forfeited upon the
3  failure of defendant Sergio Jara to appear as required or to abide by
4  any of the conditions of his release.

5      2.   The condition that the defendant "shall not be employed in
any capacity related to the real estate industry" shall be removed
and replaced with the condition that the defendant "shall not apply
for, or obtain, any real estate loan, or purchase or sell any real
estate, and shall not engage in any activities related to mortgage
brokering or lending, or real estate brokering, without the advance
approval of the Pretrial Services Officer."

     3.   All other previously-ordered terms and conditions of
release, not in conflict, shall remain in full force and effect.

     IT IS SO STIPULATED.

```
DATED:  Aug. 24, 2012              BENJAMIN B. WAGNER
                                   United States Attorney

                               By: /s/ Kirk E. Sherriff
                                   KIRK E. SHERRIFF
                                   HENRY Z. CARBAJAL III
                                   Assistant U.S. Attorneys


DATED:  Aug. 24, 2012          By: /s/ Carl M. Faller
                                   (authorized on 8/24/12)
                                   CARL M. FALLER
                                   Attorney for defendant
                                   SERGIO JARA
```

**ORDER**

IT IS SO ORDERED.

Dated:  **August 30, 2012**                    /s/ Jennifer L. Thurston
                                               UNITED STATES MAGISTRATE JUDGE