| 1 | CARL M. FALLER  SBN: 70788 |
| 2 | FALLER LAW FIRM |
|   | Post Office Box 912 |
|   | Fresno, CA 93714 |
| 3 | Telephone:  559-226-1534 |
|   | Fax:  559-412-4746 |
| 4 | carl.faller@fallerdefense,com |
| 5 | Attorney for Defendant |
|   | ELISEO JARA, JR. |

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-cr-00213 AWI DLB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE INITIAL |
| | ) APPEARANCE ON PETITION FOR |
| vs. | ) VIOLATION OF SUPERVISED RELEASE; |
| | ) ORDER |
| ELISEO JARA, JR., | ) |
| | ) |
| Defendant. | ) |

    Defendant Kenneth Eliseo Jara, Jr., by and through his attorney of record, Carl M. Faller, and the United States of America, by and through its attorney of record, Benjamin B. Wagner, United States Attorney, and Kirk Sherriff, Assistant U.S. Attorney, hereby agree and stipulate as follows:

    This matter is currently set for an initial appearance on a petition for violation of supervised release on September 17, 2012 at 2:30 pm, before the Honorable Jennifer L. Thurston, United States Magistrate Judge.  It is the mutual desire of the parties that the matter be continued until October 3, 2012, at 1:30 pm, and that the matter be handled in Fresno, before the Honorable Gary S. Austin, United States Magistrate Judge.

Dated:  September 25, 2012            /s/Carl M. Faller
                                                      CARL M. FALLER
                                                      Attorney for Defendant

| | BENJAMIN B. WAGNER |
| --- | --- |
| | United States Attorney |
| Dated: September 25, 2012 | By /s/Kirk Sherriff |
| | KIRK SHERRIFF |
| | Assistant U.S. Attorney |
| | Attorney for United States of America |

**ORDER**

Based upon the stipulation of counsel, the Court **ORDERS:**

1. The stipulation to continue the initial appearance on the petition for violation of supervised release from September 27, 2012, at 2:30 p.m. before the Honorable Jennifer L. Thurston to October 3, 2012 at 1:30 pm before the Honorable Gary S. Austin, is **GRANTED**.

IT IS SO ORDERED.

Dated: **September 26, 2012**    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE