JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant
RICARDO FABIAN SALINAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1: 12-CR-00213 AWI-DLB |
|---|---|---|
| Plaintiff, | ) | WAIVER OF APPEARANCE |
| | ) | AND ORDER THEREON |
| v. | ) | |
| | ) | DATE:  November 13, 2012 |
| RICARDO FABIAN SALINAS, | ) | TIME:    1:00 p.m. |
| | ) | Courtroom Three |
| Defendant. | ) | |
| | ) | HONORABLE DENNIS L. BECK |

    Defendant, RICARDO FABIAN SALINAS, hereby waives his right to be present in person in open court upon the hearing presently set for November 13, 2012 at 1:00 p.m. in Courtroom Three of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, JOHN  F. GARLAND.  Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated:  10/13/2012                                                              /s/  Ricardo Fabian Salinas
                                                                                                                RICARDO FABIAN SALINAS

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant RICARDO FABIAN SALINAS is hereby excused from appearing at the court hearing scheduled for November 13, 2012 at 1:00 p.m.

IT IS SO ORDERED.

Dated: **October 15, 2012**        /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE