E. MARSHALL HODGKINS #76796
ATTORNEY AT LAW
1186 W. SHAW, STE. 103
FRESNO, CA 93711
emhlaw@aol.com
TELEPHONE: 559-248-0900
FACSIMILE: 559-248-0901

Attorney for Defendant, ARLENE J. MOJARDIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>ARLENE J. MOJARDIN<br><br>    Defendants. | Case No.: 1:12-CR-00213 AWI-DLB<br><br>**WAIVER OF APPEARANCE AND ORDER THEREON**<br><br><br>DATE: November 13, 2012<br>TIME: 1:00 p.m.<br>PLACE: Honorable Dennis L. Beck |

    Defendant, ARLENE J. MOJARDIN, hereby waives her right to be present in open court upon the hearing presently set for November 13, 2012 at 1:00 p.m. in Courtroom Three of the above entitled court.

    Defendant hereby requests the court proceed during every absence of which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, E. MARSHALL HODGKINS, the same as if the defendant was personally present; and further agrees to be present in person in court ready for trial any day and hour the court may fix in her absence.

Defendant further acknowledges that she has been informed of their rights under Title 18, United States Code, Section 3161-3174 (Speedy Trial Act), and authorizes their attorney to set times and delays under the Act without the defendant being present.

Dated: _____   _____
                                                                          ARLENE J. MOJARDIN
                                                                         Defendant

                                                                         Respectfully submitted,

Dated: _____     /s/ E. Marshall Hodgkins
                                                                         E. MARSHALL HODGKINS
                                                                         Attorney for Defendant
                                                                         ARLENE J. MOJARDIN

**ORDER**

IT IS HEREBY ORDERED that Defendant ARLENE J. MOJARDIN is hereby excused from appearing at the court hearing scheduled for November 13, 2012 at 1:00 p.m.

IT IS SO ORDERED.

Dated: **October 26, 2012**  /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE