| | |
|---|---|
| 1 | JOHN F. GARLAND  #117554 |
| 2 | Attorney at Law |
|   | 1713 Tulare Street, Suite 221 |
| 3 | Fresno, California 93721 |
| 4 | Telephone:  (559) 497-6132 |
|   | Facsimile:  (559) 579-1530 |
| 5 | Attorney for Defendant |
| 6 | RICARDO FABIAN SALINAS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1: 12-CR-00213 AWI-BAM |
| | ) | |
| Plaintiff, | ) | WAIVER OF APPEARANCE |
| | ) | AND ORDER THEREON |
| v. | ) | |
| | ) | DATE:  April 8, 2013 |
| RICARDO FABIAN SALINAS, | ) | TIME:   1:00 p.m. |
| | ) | Courtroom Three |
| Defendant. | ) | |
| | ) | HONORABLE  BARBARA A. McAULIFFE |

Defendant, RICARDO FABIAN SALINAS, hereby waives his right to be present in person in open court upon the hearing presently set for April 8, 2013 at 1:00 p.m. in Courtroom Three of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, JOHN  F. GARLAND.  Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated:   April 2, 2013                                                /s/ Ricardo Fabian Salinas
                                                                                    RICARDO FABIAN SALINAS
                                                                                    (Original signature in counsel's file)

1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant RICARDO FABIAN SALINAS is hereby excused from appearing at the court hearing scheduled for April 8, 2013 at 1:00 p.m.

IT IS SO ORDERED.

Dated: **April 4, 2013**  **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE