**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
CANDACE GONZALES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CANDANCE GONZALES,<br><br>Defendant | Case No.: Case No.12-CR-00213 AWI-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; ORDER** |

Defendant, CANDACE GONZALES, hereby waives her appearance in person in open court upon the Status Conference hearing set for Monday, September 23, 2013 in Courtroom 8 of the above entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interest will be deemed represented at said hearing by the presence of her attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 9/20/13  　　　　　　　　　　　　　　　　　　　*/s/Candace Gonzales*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CANDACE GONZALES

**ORDER**

DENIED as untimely.

IT IS SO ORDERED.

Dated: __**September 23, 2013**__     ___/s/ *Barbara A. McAuliffe*___
                                     UNITED STATES MAGISTRATE JUDGE