CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-226-1534
Fax: 559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
SERGIO JARA and
MELISSA ROCHELLE JARA

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:12-cr-00213 AWI BAM |
| Plaintiff, | |
| vs. | REQUEST FOR APPROVAL OF TRAVEL OUTSIDE OF THE DISTRICT |
| SERGIO JARA, and MELISSA ROCHELLE JARA | |
| Defendant. | |

It is hereby stipulated by the parties hereto as follows:

Sergio Jara and Meslissa Rochelle Jara are defendants in this action, and are currently out of custody on pretrial supervision.

The defendants desire to leave the Eastern District of California on a cruise vacation between December 16 and December 20, 2013.

The cruise departs from Long Beach, California, with stops at Catalina Island, California and Ensenada, Mexico.  The stop in Ensenada, Mexico will last from 9:00 am to 8:00 pm on December 18, 2013.

Pretrial Services has no objection to the trip, but indicated a desire for court approval, since there will be a stop outside of the United States.

///

///

The ship will return to Long Beach, California on December 20, 2013.

It is respectfully requested that the court enter an order approving the travel as outlined above.

Dated:  November, 15, 2013

/s/Carl M. Faller
CARL M. FALLER
Attorney for Defendants
Sergio Jara and Melissa Rochelle Jara

BENJAMIN B. WAGNER
United States Attorney

Dated:  November 15, 2013

By /s/Kirk Sherriff
KIRK SHERRIFF
Assistant U.S. Attorney
Attorney for United States of America

ORDER:

IT IS ORDERED that the request of defendants Sergio Jara and Melissa Rochelle Jara to travel outside of the Eastern district of California is approved.  They shall depart Long Beach, California on December 16, 2013, and return to that city on December 20, 2013.  They will make stops at Catalina Island, California and Ensenada, Mexico en route.

IT IS SO ORDERED.

Dated:   November 21, 2013   _____

SENIOR  DISTRICT  JUDGE